TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00301-CV





Teresa L. Maxwell, Appellant


v.


Alex Charles Maxwell, Appellee






FROM THE DISTRICT COURT OF BASTROP COUNTY, 335TH JUDICIAL DISTRICT

NO. 23,067, HONORABLE TERRY FLENNIKEN, JUDGE PRESIDING




 On May 10, 2002, we received appellant's notice of appeal in the form of a copy of
the final divorce decree marked "appeal." On May 20, we were informed that appellant's trial
counsel was discharged at the end of the trial proceedings and was not appointed as appellate
counsel. On August 5, we sent appellant a letter informing her that she was required to file an
amended notice of appeal and arrange to pay for the clerk's record no later than August 19, and that
her appeal would be subject to dismissal for want of prosecution if she failed to do so. To date,
appellant has not responded to our communications.

 We therefore dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b).


 __________________________________________

 David Puryear, Justice

Before Chief Justice Aboussie, Justices Patterson and Puryear

Dismissed for Want of Prosecution

Filed: September 12, 2002

Do Not Publish